# United States Bankruptcy Court

In re:  Scott, Lee Roy                              Case Number:  0834608

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee
hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other
than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| National Capital Management, LLC. | Santander Consumer USA, Inc. successor in interest to |
| | Hsbc Auto Finance |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
should be sent:

Court Claim # (if known):  03
Amount of Claim:      16,021.80
Date Claim Filed:      10/10/2008

National Capital Management, LLC
8245 Tournament Drive, Suite 230
Memphis, TN 38125

Phone:   901-748-2900
Last Four Digits of Acct. #:   1000

Phone:  888-437-4846
Last Four Digits of Acct. #:

Name and Address where transferee payments
should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the
best of my knowledge and belief.

By:  /s/ Christopher M. Wall - Director of Operations   Date:   5/16/2011
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.